United States District Court
Southern District of Texas
**ENTERED**
November 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAPAG-LLOYD (AMERICA) LLC | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-2752 |
| | § | |
| AMERICAN CONTAINER LINE, INC. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Motion to Remand (Doc. No. 7); Defendant's Motion to Dismiss (Doc. No. 4); and Judge Palermo's Memorandum and Recommendation (Doc. No. 14) that the Court grant the Plaintiff's motion to remand and denying as moot Defendant's motion to Dismiss. Defendant filed objections (Doc. No. 15) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Defendant's Objections (Doc. No. 15) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 14) is **ADOPTED**; Plaintiff's Motion to Remand (Doc. No. 7) is **GRANTED**; and Defendant's Motion to Dismiss (Doc. No. 4) is **DENIED as MOOT**. It is further

**ORDERED** that this case is **REMANDED** to Harris County Civil Court at Law No. 1.

SIGNED this 22nd day of November 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE